**D'Wayne PATRICK, Appellant,**

v.

**Martin F. HORN, Donald Vaughn, William Zinkgalman, Ms. Thomas, and Ms. Herring, Appellees.**

Supreme Court of Pennsylvania.

Aug. 20, 2001.

### *ORDER*

PER CURIAM:

**AND NOW,** this 20th day of August, 2001, the Order of the Commonwealth Court dated September 22, 2000, is hereby affirmed.